MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, UT 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED
2026 JUN 1
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | INFORMATION |
| Plaintiff, | : | VIO. 8 U.S.C. § 1326 |
| vs. | : | (REENTRY OF A PREVIOUSLY REMOVED ALIEN) |
| OSCAR CORTEZ-FELIX, | : | |
| Defendant. | : | Case: 2:26−cr−00184<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/1/2026<br>Description: USA v Cortez−Felix |

The United States Attorney charges:

COUNT I

On or about May 27, 2026, in the District of Utah,

OSCAR CORTEZ-FELIX,

the defendant herein, an alien who on or about March 10, 2020, was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not obtained the consent of the Secretary of the

United States Department of Homeland Security to reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326.

DATED this 29th day of May, 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________
Bryan Reeves
Assistant United States Attorney